### 7342.     GIBSON *v.* THE STATE.

BROYLES, J. There was no request by the plaintiff in error that the charge of the court be transmitted to this court for inspection; and, in the absence of the entire charge, there does not appear to be any material error in the excerpts therefrom complained of. See *Mixon* v. *State*, 15 *Ga. App.* 252 (3) (82 S. E. 935). The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.*

DECIDED APRIL 21, 1916.

Accusation of sale of liquor; from city court of Polk county—Judge John K. Davis. February 25, 1916.

*Irwin & Tison,* for plaintiff in error.

*J. A. Wright, solicitor,* contra.